Argued and submitted April 5, decision of the Court of Appeals reversed and order of Workers' Compensation Board reinstated June 1, 1988

In the Matter of the Compensation of
Sharon M. Dunn, Claimant.

DUNN,
*Respondent on Review,*

*v.*

SAIF CORPORATION et al,
*Petitioners on Review,*

WORKERS' COMPENSATION BOARD,
*Intervenor/Petitioner on Review.*

(WCB 84-13386; CA A39337; SC S34836)

754 P2d 1219

Margaret E. Rabin, Assistant Attorney General, Salem, appeared on behalf of intervenor and petitioner on review Workers' Compensation Board and petitioners on review SAIF Corporation and JJ's Beauty Salon. With her on the briefs were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Terrance C. Hunt, of Tamblyn & Bush, Portland, appeared on behalf of respondent on review. With him on the brief was Brendan Stocklin-Enright of Tamblyn & Bush, Portland.

PER CURIAM

Gillette, J., dissented and filed an opinion in which Lent, J., joined.

**PER CURIAM**

The decision of the Court of Appeals in *Dunn v. SAIF,* 88 Or App 291, 745 P2d 431 (1987), is reversed. *Weyerhaeuser Company v. Miller,* 306 Or 1, 760 P2d 1317 (1988). The order of the Workers' Compensation Board is reinstated.

**GILLETTE, J.,** dissenting.

I respectfully dissent for the reasons expressed in my dissenting opinion in *Weyerhaeuser Company v. Miller,* 306 Or 1, 760 P2d 1317 (1988).

Lent, J., joins in this dissenting opinion.